# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>COX, EMMETT R. | 2. Court or Organization<br><br>U.S. COURT OF APPEALS, ELEVENTH CIRCUIT | 3. Date of Report<br><br>12/18/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR U.S. CIRCUIT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>113 ST. JOSEPH STREET<br>ROOM 433<br>MOBILE, AL 36602 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. DIRECTOR AND SECRETARY | ▓▓▓▓▓▓▓ ASSOCIATION (SEE SECTION VIII FOR DESCRIPTION) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| COX, EMMETT R. | 12/18/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COX, EMMETT R. | 12/18/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COX, EMMETT R. | 12/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC BANK - ACCOUNTS | A | Interest | K | T | | | | | |
| 2. TRUSTMARK BANK - ACCOUNTS | A | Interest | K | T | | | | | |
| 3. TD AMERITRADE CASH (X) | A | Interest | J | T | | | | | |
| 4. BRISTOL-MYERS SQUIBB (STOCK) | A | Dividend | J | T | | | | | |
| 5. OCCIDENTAL PETROLEUM CORP (STOCK) | A | Dividend | J | T | | | | | |
| 6. SOUTHERN CO (STOCK) | A | Dividend | J | T | | | | | |
| 7. T D AMERITRADE FDIC INSURED DEPOSIT ACCOUNT (X) | A | Interest | J | T | | | | | |
| 8. AMERICAN FUNDS EURO PACIFIC GROWTH A (MUTUAL FUND) | A | Dividend | J | T | | | | | |
| 9. AMERICAN FUNDS EURO PACIFIC GROWTH F (MUTUAL FUND) | A | Dividend | J | T | | | | | |
| 10. AMERICAN FUNDS NEW WORLD F (MUTUAL FUND) | A | Dividend | J | T | Buy (add'l) | 12/16/13 | J | | |
| 11. FRANKLIN FEDERAL ALA T/F INCOME CL A (MUTUAL FUND) | B | Dividend | K | T | | | | | |
| 12. HARBOR FD CAP APPRECIATION (MUTUAL FUND) | A | Dividend | K | T | | | | | |
| 13. JENSEN QUALITY GROWTH (MUTUAL FUND) | A | Dividend | | | Sold | 09/19/13 | J | B | |
| 14. LOOMIS SAYLES BD FD INSTL (MUTUAL FUND) | B | Dividend | K | T | Buy (add'l) | 09/20/13 | J | | |
| 15. MAINSTAY FUNDS: ICAP SELECT EQUITY FD CL I (MUTUAL FUND) | A | Dividend | J | T | | | | | |
| 16. PIMCO FUNDS COMMODITY.REAL RET STRAT INSTL (MUTUAL FUND) | | None | J | T | Buy | 12/16/13 | J | | |
| 17. T ROWE PRICE TAX FREE SHORT INTERMEDIATE (MUTUAL FUND) | A | Dividend | K | T | Sold (part) | 01/25/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COX, EMMETT R. | 12/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 04/25/13 | J | A | |
| 19. | | | | | Sold (part) | 07/25/13 | J | A | |
| 20. | | | | | Sold (part) | 10/25/13 | J | A | |
| 21. TEMPLETON GLOBAL BOND FUND A (MUTUAL FUND) | A | Dividend | J | T | | | | | |
| 22. THIRD AVENUE TR INTL VALUE FD (MUTUAL FUND) | A | Dividend | J | T | Sold (part) | 12/12/13 | J | C | |
| 23. FDIC INSURED DEPOSIT ACCOUNT | A | Interest | J | T | | | | | |
| 24. ISHARES RUSSELL 1000 VALUE ETF (MUTUAL FUND) | A | Dividend | K | T | Sold (part) | 12/12/13 | J | B | |
| 25. ISHARES RUSSELL 3000 ETF (MUTUAL FUND) | A | Dividend | | | Buy (add'l) | 03/13/13 | J | | |
| 26. | | | | | Sold | 12/12/13 | K | D | |
| 27. ISHARES US REAL ESTATE ETF (MUTUAL FUND) | A | Dividend | | | Sold | 12/12/13 | J | B | |
| 28. AMERICAN FUNDS EUROPACIFIC GROWTH F2 (MUTUAL FUND) | | None | | | Sold | 04/29/13 | J | C | |
| 29. AMERICAN FUNDS NEW WORLD (MUTUAL FUND) | A | Dividend | J | T | Buy | 04/29/13 | J | | |
| 30. CLIPPER FUND INC COM (MUTUAL FUND) | | None | | | Sold | 03/12/13 | J | B | |
| 31. HARBOR FD COMMODITY REAL RETURN STRTGY INST (MUTUAL FUND) | A | Dividend | | | Sold | 12/12/13 | J | A | |
| 32. JANUS INV FUND PERKINS MID CP VL INV (MUTUAL FUND) | B | Dividend | J | T | Sold (part) | 12/12/13 | J | C | |
| 33. OPPENHEIMER DEVELOPING MKTS CL A (MUTUAL FUND) | A | Dividend | J | T | Sold (part) | 12/12/13 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COX, EMMETT R. | 12/18/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. PIMCO FDS EMERGING LOCAL BOND (MUTUAL FUND) | A | Dividend | | | Sold | 12/12/13 | J | A | |
| 35. PROFESSIONALLY MGD PTFL OSTERWEIS FD (MUTUAL FUND) | | None | | | Sold (part) | 04/29/13 | J | C | |
| 36. | | | | | Sold | 12/12/13 | J | B | |
| 37. THIRD AVENUE TR REAL ESTATE VALUE FD (MUTUAL FUND) | A | Dividend | J | T | | | | | |
| 38. VANGUARD INTERMEDIATE-TERM TAX-EX FUND (MUTUAL FUND) | A | Dividend | | | Sold | 12/12/13 | K | A | |
| 39. WASATCH SMALL CAP GROWTH FD (MUTUAL FUND) | A | Dividend | K | T | | | | | |
| 40. VANGUARD CAPITAL OPPORTUNITY INV (MUTUAL FUND) | A | Dividend | J | T | Buy | 09/16/13 | J | | |
| 41. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 42. VANGUARD DIVIDEND GROWTH (MUTUAL FUND) | A | Dividend | | | Sold | 10/31/13 | J | B | |
| 43. | | | | | Buy (add'l) | 10/18/13 | J | | |
| 44. ARMY AVIATION CENTER FCU (Y) | | | | | | | | | |
| 45. AMERICAN FUNDS FUNDAMENTAL INVESTORS F (MUTUAL FUND) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COX, EMMETT R. | 12/18/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SECTION I. POSITIONS

███████████████████████ ASSOCIATION IS A NOT-FOR-PROFIT ASSOCIATION THAT HOLDS TITLE TO AND MANAGES THE COMMON AREA FOR ███████████████████████

SECTION VII INVESTMENTS AND TRUSTS

VANGUARD DIVIDEND GROWTH (MUTUAL FUND) WAS INADVERTENTLY OMITTED FROM THE 2012 FINANCIAL DISCLOSURE REPORT. THE STOCK WAS ORIGINALLY PURCHASED IN 2011, ADDITIONAL STOCK HAS BEEN PURCHASED SINCE THEN AND THE FULL AMOUNT WAS SOLD OCTOBER 31, 2013.

| Name of Person Reporting | Date of Report |
|---|---|
| COX, EMMETT R. | 12/18/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ EMMETT R. COX**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544